**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No: 1:21-cr-20005-DPG

UNITED STATES OF AMERICA

v.

ALBERICO AHIAS CRESPO,
JORGE DIAZ GUTIERREZ,
YANDRE TRUJILLO HERNANDEZ, and
ANAIS LORENZO,

    Defendants.
_____/

**JOINT STATUS REPORT**

    COME NOW, the Government and the Defendants, through undersigned counsel, and hereby submit the following joint status report in compliance with this Court's Order Setting Trial Date [D.E. 66] dated March 3, 2021.

    1.    On January 5, 2021, Defendants ALBERICO AHIAS CRESPO, JORGE DIAZ GUTIERREZ, YANDRE TRUJILLO HERNANDEZ and ANAIS LORENZO were indicted on one count of conspiracy to possess with the intent to distribute "a detectable amount" of Oxycodone (Count 1), 21 U.S.C. § 846.  The indictment also charges Defendant Diaz Gutierrez with three counts (Counts 2-4) of distributing and possessing with intent to distribute a controlled substance, 21 U.S.C. § 841(a)(1), Defendant Trujillo Hernandez with two counts (Counts 3-4) of distributing and possessing with intent to distribute a controlled substance, 21 U.S.C. § 841(a)(1), Defendants Ahias Crespo and Diaz Gutierrez with one count (Count 5) of conspiracy to commit witness tampering, 18 U.S.C. § 1512(b)(3)&(k), Defendant Diaz Gutierrez with two counts (Counts 6, 8) of witness tampering, 18 U.S.C. § 1512(b)(3), Defendant Ahias Crespo with three counts (Counts 7-9) of witness tampering, 18 U.S.C. § 1512(b)(3), and Defendants Ahias

Crespo and Diaz Gutierrez with one count (Count 10) of conspiracy to obstruct justice, 18 U.S.C. § 1512(c)(2). [D.E. 46]

2. As to the status of discovery and the parties' readiness for trial, the Parties submit the following information required by this Court's Order Setting Trial Date [D.E. 66] dated March 3, 2021:

>  **(a)  Has all discovery been provided by the Government to Defendants? If not, why?**
>
> As to the first round of discovery, yes. As to the second round of discovery, the Government has advised counsel for the Defendants that, due to continuing COVID pandemic and related office logistics, there have been several delays:
>
>> (1) Various 302s/reports from the Bosch, Gonzalez, and Diaz/Crespo investigations were redacted or not provided in the first discovery production, and the Government is currently in the process of compiling unredacted reports from all 3 investigations.
>>
>> (2) In the first round of discovery, the Government provided forensic analysis of Crespo's two work computers and single work cellphone. It has since come to the Government's attention that this analysis is incomplete, and the Government has since compiled full forensic analyses of all three items, although some of this production has been deemed sensitive / confidential in light of additional ongoing criminal investigations and will be segregated for in camera review to determine admissibility.
>>
>> (3) AUSA Sean McLaughlin will complete a change of offices over the next week. Once this office change is complete, and once all of the second round discovery has been compiled, the Government will advise Defendants when they will receive this discovery.

  (4) In addition, Defendant Crespo's [DE #65] Motion to Amend the Protective Order is pending ruling by the Court.

**(b) Are the parties ready for trial?  If not, why?**

Because the discovery is very extensive, the parties are not ready for trial. Discovery presently includes one 1TB external hard drive with photos, videos, audio recordings, bank records, pharmacy prescriptions, cell phone records, patient files, transcriptions, interviews and law enforcement reports.  Defendants have also been sent two external 2TB hard drives of surveillance videos that need to be reviewed and analyzed.  Defendants also anticipate a second round of additional discovery as noted above.

**(c) How many days do the parties expect a trial in the matter to require?**

If the matter were to go to trial, the parties would expect the trial to require at least two (2) weeks.

**(d) Are there any other matters in this case of which the Court should be aware?**

Presently, there are no matters on behalf of Defendants Lorenzo, Trujillo Hernandez, or Diaz Gutierrez.  However, as for Defendant Ahias Crespo, there is a pending motion to amend a protective order. [D.E. 61].

Respectfully submitted,

**For Plaintiff United States of America**

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *s/ Sean T. McLaughlin*
SEAN T. McLAUGHLIN
Assistant United States Attorney
Court No. A5501121
11200 NW 20th Street, Suite 101
Miami, Florida 33172
Tel: (305) 715-7642/7654

Fax: (305) 715-7639
Email: Sean.McLaughlin@usdoj.gov

**Counsel for Defendant Alberico Ahias Crespo**

SEITLES & LITWIN, P.A.
Courthouse Center
40 N.W. 3rd Street, Penthouse One
Miami, Florida 33128
Telephone: (305) 403-8070
Facsimile: (305) 403-8210
Email: mseitles@seitleslaw.com

By:      *s/ Marc David Seitles*
         MARC DAVID SEITLES, ESQ.
         Florida Bar No. 178284

JOSE M. QUINON, P.A.
2333 Brickell Avenue, Suite A-1
Miami, Florida 33129
Tel. (305) 858-5700
Fax (786) 358-7848
Email: jquinon@quinonlaw.com

By:      *s/Jose M. Quinon*
         JOSE M. QUINON, ESQ.
         Florida Bar No. 201944

**Counsel for Defendant Jorge Diaz Gutierrez**

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER
150 West Flagler Street, Suite 1700
Miami, Florida 33130
Telephone: (305) 530-7000
Facsimile: (305) 536-4559
Email: joaquin_padilla@fd.org

By:      *s/ Joaquin E. Padilla*
         JOAQUIN E. PADILLA, ESQ.
         Assistant Federal Public Defender

**Counsel for Defendant Yandre Trujillo Hernandez**

A.R.A. LAW
4000 Ponce de Leon Blvd., Suite 470

Coral Gables, Florida 33134
Telephone: (305) 775-0063
Email: armandoalfonsoesq@bellsouth.net

By:   *s/ Armando R. Alfonso, III*
ARMANDO ROBERTO ALFONSO, III, ESQ.
Florida Bar No. 88523

**Counsel for Defendant Anais Lorenzo**

ROGER CABRERA, P.A.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2000
Miami, Florida 33131
Telephone: (305) 823-8383
Facsimile: (305) 675-7970
Email: roger@cabrera.legal

By:   */s/ Roger Cabrera*
ROGER CABRERA, ESQ.
Florida Bar No. 0148740

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 17th day of March 2021, a true and correct copy of the foregoing was uploaded via the CM / ECF case filing system and thereby delivered to all parties and counsel of record.

*s/ Roger Cabrera*
ROGER CABRERA, ESQ.